**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**Eastern Division**

**Docket No. 4:13-CR-66-1FL**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **CASEY RYAN O'QUIN** | ) | |
| **Defendant** | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Thursday, April 10, 2014, in New Bern. The case is hereby CONTINUED to that term of criminal court commencing on July 8, 2014.

This 25th day of _____March_____ 2014.

_____
Louise W. Flanagan
U.S. District Judge

> **Absent a continuance, this order will constitute the only notice of hearing provided by the court. The court's calendar, which will include more specific date and time of sentencing within the sentencing term, will be available on the court's website approximately three weeks prior to sentencing.**