IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:13-cr-00066-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| CASEY RYAN O'QUIN | ) |
| NICOLE O'QUIN | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on July 8, 2014 and June 3, 2014, respectively, this Court entered Preliminary Orders of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendants pleading guilty to 21 U.S.C. § 846, and agreeing to the forfeiture of the property listed in the July 8, 2014 and June 3, 2014, respectively Preliminary Orders of Forfeiture, to wit: (a) $3,562.00 in U.S. Currency, (b) a Wal-Mart prepaid debit card containing $2,929.32 seized during the February 1, 2012 traffic stop, and (c) $30,100.00 in U.S. Currency located in a travel cooler seized on February 3, 2012.

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between July 24, 2014 and August 22, 2014, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition

the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's July 8, 2014 and June 3, 2014 Preliminary Orders of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the July 8, 2014 and June 3, 2014 Preliminary Orders of Forfeiture is hereby forfeited to the United States. That the United States Department of Justice is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this  25th   of day  November  , 2014.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE